This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**U.S. BANK NATIONAL ASSOCIATION, as Trustee for WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-SS,**

Plaintiff-Appellee,

v.                                                            NO. A-1-CA-37082

**DAVID W. SLADE, Individually and as Co-Trustee of the SLADE FAMILY TRUST, UNDER TRUST AGREEMENT DATED OCTOBER 12, 2004,**

Defendant-Appellant,

and

**DANA SLADE a/k/a DANA VANLYSSEL SLADE a/k/a DANA M. SLADE a/k/a DANA MARIE SLADE a/k/a DANA VANLYSSEL-SLADE, Individually and as Co-Trustee of the SLADE FAMILY TRUST, UNDER TRUST AGREEMENT DATED OCTOBER 12, 2004; UNKNOWN SPOUSE OF DANA SLADE a/k/a DANA VANLYSSEL SLADE a/k/a DANA M. SLADE a/k/a DANA MARIE SLADE a/k/a DANA VANLYSSEL-SLADE; BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A.; OCCUPANTS OF THE PROPERTY,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

Hinkle Shanor LLC
Nancy Svoboda Cusack
Santa Fe, NM

for Appellee

David W. Slade
Placitas, NM

Pro Se Appellant

## MEMORANDUM OPINION

**VANZI, Chief Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**

                             _____
                             **LINDA M. VANZI, Chief Judge**

**WE CONCUR:**


_____
**MICHAEL E. VIGIL, Judge**

_____

**JULIE J. VARGAS, Judge**